No. 427. INTERCOUNTY OPERATING CORP. *v.* CON-
NOLLY. November 5, 1945. Petition for writ of certiorari
to the Supreme Court of New York, Appellate Division,
denied. *Mr. Morris Rochman* for petitioner. See 293
N. Y. 688, 56 N. E. 2d 299.

No. 429. SHERR *v.* ANACONDA WIRE & CABLE CO. ET AL.
November 5, 1945. Petition for writ of certiorari to the
Circuit Court of Appeals for the Second Circuit denied.
Petitioner *pro se.* *Mr. Horace G. Hitchcock* for the Ana-
conda Wire & Cable Co., and *Solicitor General McGrath,
Messrs. Joseph M. Friedman* and *Tobias G. Klinger* for
the United States, respondents.

No. 432. KASTAR, INC. *v.* CLAIR ET AL., COPARTNERS,
DOING BUSINESS AS ANTI-SHIMMIE MANUFACTURING CO.
November 5, 1945. Petition for writ of certiorari to the
Circuit Court of Appeals for the Second Circuit denied.
*Mr. Armand E. Lackenbach* for petitioner. *Messrs. John
H. Glaccum* and *C. W. Prince* for respondents.

No. 434. CAPITAL TRANSIT CO. *v.* JACKSON. Novem-
ber 5, 1945. Petition for writ of certiorari to the United
States Court of Appeals for the District of Columbia de-
nied. *Mr. Edwin A. Swingle* for petitioner.

No. 436. ARGO *v.* COMMISSIONER OF INTERNAL REVE-
NUE. November 5, 1945. Petition for writ of certiorari
to the Circuit Court of Appeals for the Fifth Circuit de-
nied. *Messrs. H. Cecil Kilpatrick* and *Douglas Arant* for
petitioner. *Solicitor General McGrath, Assistant At-*